Jonathan M. Rotter (SBN 234137)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 432-1495
Email: info@glancylaw.com

Carl L. Stine (*pro hac vice*)
Matthew Insley-Pruitt (*pro hac vice*)
Philip M. Black (SBN 308619)
**WOLF POPPER LLP**
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
Email: cstine@wolfpopper.com

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARAE CASEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DOCTOR'S BEST, INC.,<br><br>Defendant. | Case No.: 8:20-cv-01325-JLS-JDE<br><br>**DECLARATION OF SHARAE CASEY IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, FINAL APPROVAL OF SETTLEMENT, AWARD OF INCENTIVE PAYMENT, AND AWARD OF ATTORNEYS' FEES, COSTS, AND EXPENSES**<br><br>Date:          July 8, 2022<br>Time:         10:30 a.m.<br>Courtroom: 10A |

DECL. S. CASEY IN SUPPORT OF MOTION

I, Sharae Casey, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Plaintiff in this lawsuit. I submit this declaration in support of Plaintiffs' Motion for Class Certification, Final Approval of Settlement, Award of Incentive Payment, and Award of Attorneys' Fees, Costs, and Expenses (the "Motion"). I have personal knowledge of the facts set forth in this Declaration. If called upon and sworn as a witness, I could, and would, competently testify to these facts.

2. As this Court is aware, I and my attorneys (the Plaintiff's Counsel) have been prosecuting this lawsuit since 2020. I have purchased glucosamine supplements since approximately 2017, and on or about March 6, 2020, I purchased Doctor's Best Glucosamine Sulfate 750mg on Amazon.com. After my counsel sent some of the contents of the bottle to a laboratory for analysis, the report confirmed that the supplement contained Glucosamine Hydrochloride and Potassium Sulfate. I commenced this litigation because I did not think that Defendant's claims about the product were accurate.

3. While I did not keep specific track of the time I spent on this litigation, I spent many hours in connection with this case, including (i) reviewing and discussing issues and documents with my counsel; (ii) reviewing substantive briefs filed by Class Counsel (iii) communicating with Counsel on the telephone and by email; (iv) speaking with Counsel during the process of negotiations with respect to the settlement of this action (the "Settlement"); (v) reviewing the Settlement Agreement setting forth the terms of the Settlement of this lawsuit, which I signed; and (vii) reviewing the papers in support of the Settlement. I believe that my request for a $5,000 incentive award is reasonable under these circumstances.

4. I believe that this Settlement is in the best interests of the Class. It provides meaningful monetary relief for class members, of up to 60% of the

amount that a consumer paid for the products if they have a receipt. The Settlement also prevents Defendant from selling the product or similar products unless they actually contain glucosamine sulfate.

5. I support the Settlement. I brought this lawsuit because I thought that Defendant was not providing accurate information to consumers about their vitamin supplements. The Settlement accomplishes the goals of providing monetary relief and preventing misleading sales in the future. I am very happy that we have achieved such a significant result for the class.

6. I understand that Settlement Class Counsel is applying for an award of attorneys' fees and expenses in an amount of $475,000, and that any amount awarded by the Court would not diminish the recovery for the Class. I also support this motion.

7. I have reviewed Settlement Class Counsel's brief in support of the Motion and I support the Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 28 day of May, 2022 at Los Angeles, CA.

Sharae Casey