Jonathan M. Rotter (SBN 234137)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 432-1495
Email: info@glancylaw.com

Carl L. Stine (*pro hac vice*)
Matthew Insley-Pruitt (*pro hac vice*)
Philip M. Black (SBN 308619)
**WOLF POPPER LLP**
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
Email: cstine@wolfpopper.com

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARAE CASEY, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>vs.<br><br>DOCTOR'S BEST, INC.,<br><br>             Defendant. | Case No.: 8:20-cv-01325-JLS-JDE<br><br>**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF UNOPPOSED MOTION FOR CLASS CERTIFICATION; FINAL APPROVAL OF SETTLEMENT; AWARD OF INCENTIVE PAYMENT; AND AWARD OF ATTORNEYS' FEES, COSTS, AND EXPENSES**<br><br>Date:         July 8, 2022<br>Time:        10:30 a.m.<br>Courtroom:  8A |

Plaintiff, Sharae Casey, respectfully submits this reply memorandum in further support of final approval of a proposed class action settlement (the "Settlement") with Defendant Doctor's Best, Inc. ("Doctor's Best" or "Defendant"), the terms and conditions of which are set forth in the Settlement Agreement (ECF No. 37-1, with amendments at ECF No. 42-1, together collectively the "Settlement Agreement").[1]

As outlined in the Court's Order Granting Preliminary Approval of Class Action Settlement ("Preliminary Approval Order," Doc. No. 45), the deadline for Class Members to object or exclude themselves from the Settlement was June 10, 2022. Counsel for Plaintiff and Defendant and the Claim Administrator have not received any objections to the Settlement (timely or untimely, valid or invalid). The Claims Administrator has received nineteen requests for exclusion, which are detailed in the Supplemental Declaration of Paul Ferruzzi of Kroll Settlement Administration LLC ("Supplemental Kroll Decl.").

The deadline for filing claims has also now passed, and the Claims Administrator has received 120,158 claim submissions. Supplemental Kroll Decl. ¶ 3. Due to a technical error in the Settlement Website, it appears that a small number of Class Members may not have been able to submit a claim online in the week prior to the Claim Filing Deadline. After consultation with counsel for the Parties, the Claim Administrator identified those Class Members who may have been affected by this problem, sent direct email notice to those individuals who

---

[1] Unless otherwise noted, capitalized terms have the same meaning as in the Settlement Agreement and opening memorandum of law (Doc. No. 51); all emphasis is added and quotations omitted.

may have been impacted in order to encourage them to complete the submission, extended the deadline for submitting a claim for these individuals until June 23, 2022, and posted notices of this extended period on the Case Website. *Id.* ¶¶ 6-14.

The Claims Administrator is continuing to analyze the claims received, but preliminary analysis suggests that the 83,402 claims have been received from unique households. *Id.* at ¶ 4.

In considering the benefit that the Class has received in the Settlement, it is possible that the total dollar value of claims paid by Defendant after the Claims Administrator completes this analysis to be cured would amount to several million dollars.[2]

## **CONCLUSION**

The Court should finally certify the Class, approval the Settlement, and grant the Fee Application.

---

[2] Because the Claim Administrator still needs to analyze the claims, it is premature to precisely estimate the total amount paid to the class. However, assuming for the sake of illustration that 60,000 of the claims received are valid, and that each valid claim requested compensation for five packages without receipt (i.e., $25), the total amount paid to the Class would be approximately $1.5 million. If a higher percentage of claims are valid and/or Class Members submitted proofs of purchase exceeding $25 per household, the amount paid would correspondingly increase. Thus, the request for attorneys' fees, costs, expenses is further supported by the substantial monetary compensation that will be received by the Class.

| | | |
|---|---|---|
| 1 | DATED: June 24, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | */s/ Jonathan M. Rotter* |
| 4 | | Jonathan M. Rotter (SBN 234137) |
| 5 | | **GLANCY PRONGAY & MURRAY LLP**<br>1925 Century Park East, Suite 2100 |
| 6 | | Los Angeles, California 90067<br>Telephone: (310) 201-9150 |
| 7 | | Facsimile: (310) 432-1495 |
| 8 | | Email: info@glancylaw.com |
| 9 | | Carl L. Stine (*pro hac vice*) |
| 10 | | Matthew Insley-Pruitt (*pro hac vice*)<br>Philip M. Black (SBN 308619) |
| 11 | | **WOLF POPPER LLP** |
| 12 | | 845 Third Avenue<br>New York, NY 10022 |
| 13 | | Telephone: (212) 759-4600 |
| 14 | | Facsimile: (212) 486-2093<br>Email: cstine@wolfpopper.com |
| 15 | | |
| 16 | | *Attorneys for Plaintiff and the Proposed Class* |

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On June 24, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 24, 2022, at Los Angeles, California.

*s/ Jonathan M. Rotter*
Jonathan M. Rotter